UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
PATRICK AUSTIN,                                             :
:
                    Plaintiff,           :
:        24-CV-8563 (VSB)
        -against-                                  :
:            **ORDER**
PASTA DE PASTA LLC, *et al.*,                               :
:
                   Defendants.         :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: February 7, 2025
       New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge